RECEIVED
IN LAFAYETTE, LA.

OCT 0 4 2006



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

JOSHUA DEVILLIER

VERSUS

GREGORY HAMPTON, MEGA GULF
COAST LINES, INC. and LIBERTY
MUTUAL INSURANCE COMPANY

**6:06-CV-1725   LO**
**JUDGE DOHERTY**
**MAGISTRATE JUDGE METHVIN**

MAGISTRATE: _____

## COMPLAINT FOR DAMAGES

NOW COMES, through undersigned counsel, Petitioner, JOSHUA DEVILLIER, an individual of the full age of majority, domiciled in the parish of St. Landry, State of Louisiana, who, with respect, represents that:

1.

Made defendants in this matter are:

a. GREGORY HAMPTON, a person of the full age of majority and resident of Dallas, Texas, whose address is 2518 Jennings Ave., Dallas, TX 75216;

b. LIBERTY MUTUAL INSURANCE COMPANY, an insurance company, authorized to do and doing business within the State of Louisiana, who can be served through the Secretary of State, Al Atar 3857 Essen Lane Baton Rouge, Louisiana 70809; and

c. MEGA GULF COAST LINES, INC. (hereinafter "MEGA GULF"), a Texas Corporation through , whose address is 1002 Fountain Parkway, Grand Prairie, TX 75050.

2.

On or about November 18, 2005, petitioner, JOSHUA DEVILLIER, was the owner and operator of a 2001 Chevrolet Silverado, bearing Louisiana License WO54409.

3.

At approximately 15:25 hours, on November 18, 2005, the petitioner was traveling in an

easterly direction on La. Hwy. 190, near Milepost 124.50 in the immediate vicinity of King's Truck Stop in the Parish of St. Landry, State of Louisiana.

4.

Upon information and belief, the above described location, La. Hwy. 190, is a four lane highway divided by a median, with a posted speed limit of 65 miles per hour.

5.

Defendant, GREGORY HAMPTON, a commercial truck driver who, upon information and belief, is a resident of Dallas, Texas. GREGORY HAMPTON was operating a 1998 International 9200 truck and 1994 Wabi Trailer owned by his employer, MEGA GULF, who upon information and belief, has its principal place of business in Grand Prairie, Texas.

6.

At the same time, the defendant, GREGORY HAMPTON was exiting King's Truck Stop (on the south side of La. Hwy. 190) to proceed in a westerly direction on La. Hwy. 190.

7.

As, Petitioner, JOSHUA DEVILLIER, approached King's Truck Stop, the Defendant, GREGORY HAMPTON, without warning, began exiting the private drive of said truck stop.

8.

Defendant crossed the east bound lanes of travel, to the median cross-over, and waited for traffic to clear on the west bound lanes, leaving his trailer blocking the east bound lanes of La. Hwy. 190. Because Defendant stopped in the median with said trailer blocking the right-of-way and the east bound lanes immediately in front of Petitioner, Petitioner was unable to avoid violently colliding into the trailer towed by Defendant and thereby causing severe bodily injury and property damage to JOSHUA DEVILLIER.

9.

This accident was caused by the negligence of the defendant, GREGORY HAMPTON, in the following particulars:

    a.    Failing to keep a proper lookout;

    b.    Failing to maintain proper control of his vehicle;

    c.    Failing to observe the conditions of the traffic and roadway he sought to enter;

    d.    Failing to yield the right-of-way;

    e.    Failing to do what he should have done and to see what he should have seen in order to avoid said collision;

    f.    Failing to drive in a safe and otherwise prudent manner under the circumstances;

    g.    Disregard for the safety of others, in particular JOSHUA DEVILLIER;

    h.    Failing to notice the imminence of an accident and taking steps to avoid same;

    i.    Violating the traffic laws of the State of Louisiana, including but not limited to the LSA-RS 32:124;

    j.    Failing to comply with applicable federal regulations, including, but not limited to the Federal Motor Carrier Safety Regulations; and

    k.    Any and all other acts of negligence which will be proven at the trial of this matter.

10.

At all times, defendant, GREGORY HAMPTON, was acting within the course and scope of his employment with defendant, MEGA GULF COAST LINES, INC., who is vicariously liable for the delictual acts of its employees under the provisions of Louisiana Code Article 2320.

11.

Upon information and belief, Defendants, GREGORY HAMPTON and MEGA GULF

COAST LINES, INC., were insured under a policy of insurance issued by LIBERTY MUTUAL INSURANCE COMPANY, which policy was in full force and effect on November 18, 2005 and thus, providing liability coverage for said accident.

12.

As a result of this accident, your petitioner, JOSHUA DEVILLIER, has sustained injuries to his back and legs which required medical treatment, hospitalization and surgery.

13.

Petitioner, JOSHUA DEVILLIER, is entitled to recover, as a result of the injuries he sustained in this accident, the following damages:

    a. Physical pain and suffering (past, present, and future);

    b. Mental pain and suffering (past, present, and future);

    c. Medical expenses (past, present, and future);

    d. Loss of wages and/or earning capacity (past, present, and future);

    e. Loss of enjoyment of life;

    f. Permanent scarring and disfigurement;

    g. Property damage; and

    i. Any and all other damages which will be proven at the trial of this matter.

14.

This Honorable Court has jurisdiction and venue due to diversity of the parties pursuant to 28 U.S.C. 1332.

15.

Plaintiff designates this matter as one of diversity of citizenship thereby having this matter tried before the Court and not a jury.

16.

Pursuant to the above described damages, Plaintiff requests a sum of not less than Two Hundred Fifty Thousand and No/100 ($250,000.00) Dollars.

**WHEREFORE**, petitioner, JOSHUA DEVILLIER, prays that the Defendants, GREGORY HAMPTON, MEGA GULF COAST LINES, INC. and LIBERTY MUTUAL INSURANCE COMPANY, be served with a certified copy of this Complaint for Damages and thereafter, judgment be rendered herein in favor of Petitioner and against the Defendants jointly, severally and in solido, in a sum not less than Seventy-Five Thousand and No/100 ($75,000.00) Dollars.

Respectfully submitted,

JOSEPH JOY & ASSOCIATES

_____
JOSEPH R. JOY, III - #7575
101 La Rue France, Suite 201
Post Office Box 4929
Lafayette, Louisiana 70502
PHONE (337)232-8123

and

GORDON J. SCHOEFFLER- #29412
101 La Rue France, Suite 201
Post Office Box 4829
Lafayette, LA 70502
Phone (337) 232-8123

# JOSEPH JOY & ASSOCIATES

**Joseph R. Joy III**
*A Professional Law Corporation*

E-Mail: buzzyjoy@josephjoy.com
Web Address: www.josephjoy.com

ATTORNEYS &
COUNSELORS AT LAW

Mailing Address:
Post Office Box 4929
Lafayette, LA 70502

Physical Address:
101 La Rue France Suite 201
Lafayette, LA 70508

337-232-8123
Fax 337-235-5629
1-800-824-9281

RECEIVED
OCT 04 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

October 2, 2006

Hon. Catherine B. Carter
Clerk, WDLA - Laf-Opel Div.
2100 John M. Shaw Courthouse
800 Lafayette Street.
Lafayette, Louisiana 70501

**Hand Delivery**

Re:  *Joshua DeVillier*
*vs. Gregory Hampton, Mega Gulf Coast Lines, Inc. and Liberty Mutual Insurance Company*
**New Complaint**

Dear Madam:

Enclosed please find an original and four (4) copies of a Complaint for Damages, Civil Cover Sheet and Summons to be filed into the records of your office.

Please execute the Summons and return to our office for service upon the defendants. Additionally, please return the additional enclosed copy of the Complaint for Damages to our office stamped with the date and time of filing.

We have enclosed our firm check in the amount of $350.00 to cover the cost of filing same.

Thank you for your courtesy and attention to this matter.

Sincerely,

JOSEPH JOY & ASSOCIATES

JOSEPH R. JOY III

/df
Enclosures
cc:   Mr. Joshua DeVillier