UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOSHUA DEVILLIER | CIVIL ACTION NO. 06-1725 |
| VS. | JUDGE DOHERTY |
| GREGORY HAMPTON<br>LIBERTY MUTUAL INS. CO.<br>MEGA GULF COAST LINES, INC. | MAGISTRATE JUDGE METHVIN |

### JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

On November 18, 2005, plaintiff was the owner and operator of a 2001 Chevrolet Silverado that was traveling east on Louisiana Highway 190 in the Parish of St. Landry, Louisiana; at the same time, defendant Gregory Hampton was operating a 1998 International 9200 truck and 1994 Wabi Trailer owned by his employer, defendant Mega Gulf Coast Lines, Inc. and was exiting a truck stop to proceed west on Louisiana Highway 190; as plaintiff approached the truck stop, Hampton exited the private drive of the truck stop, crossed the eastbound lanes of travel to the median crossover, and waited for traffic to clear on the westbound lanes, leaving his trailer blocking the eastbound lanes of the highway; because the trailer was blocking the eastbound lanes, plaintiff was unable to avoid violently colliding into the trailer being towed by Hampton, which caused severe bodily injury and property damage to the plaintiff.  Plaintiff seeks damages in the amount of $250,000.00 for personal and mental injuries, including injuries to his back and legs that required medical treatment, hospitalization, and surgery.

2

Considering the nature of the injuries sustained by the plaintiff, and the fact that he underwent surgery for them, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana, on August 9, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)